**IT IS ORDERED**

**Date Entered on Docket: July 14, 2022**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In Re:

**MATTHEW J. DOMINGUEZ and
OLIVIA D. DOMINGUEZ,**

                                              **Chapter 13**
      **Debtors.**                                  **Case No. 19-10880-t13**

### STIPULATED ORDER OF DISMISSAL
### OF MOTION FOR RELIEF FROM STAY

THIS MATTER coming before the Court upon Motion for Relief from Automatic Stay (Doc. 60) of First Financial Credit Union ("First Financial"), secured creditor herein; First Financial was represented by its attorney, Deborah S. Seligman LLC (Deborah S. Seligman) and Debtors Matthew J. Dominguez and Olivia D. Dominguez (collectively "Debtors") were represented by their attorney, Christopher L. Trammell; and the Court after reviewing the record, the Stipulated Order of Dismissal and noting the stipulation of the parties to dismissal; and being otherwise fully advised in the premises;

FINDS:

1

1. The parties have resolved all matters between them and have stipulated to dismissal of the Motion for Relief from Automatic Stay by First Financial.

IT IS THEREFORE ORDERED that the Motion for Relief from Automatic Stay by First Financial be and hereby is dismissed and the hearing scheduled for July 19, 2022 at 1:30 p.m. be and hereby is vacated.

### END OF ORDER ###

APPROVED:


DEBORAH S. SELIGMAN, LLC

/s/ Submitted Electronically
Deborah S. Seligman, Esq.
Attorney for First Financial Credit Union
P.O. Box 7806
Albuquerque, NM 87194
(505) 247-3030
Seligmanlaw@gmail.com

Approved via email on 07/13/2022 by
*Christopher L. Trammell*
Christopher L. Trammell
Attorney for Debtors
3900 Juan Tabo NE
Albuquerque NM 87111
(505) 294-0131
cltlaw@comcast.net